UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LAMAR BAGLEY, | |
| Petitioner, | 3:05-cv-0097-ECR-RAM |
| vs. | |
| | **ORDER** |
| E.K. MCDANIEL, *et al.*, | |
| Respondents. | |

      Before the Court is petitioner's request for submission (docket #56).  Petitioner states asks this Court to rule on his motion for reconsideration (docket #46), which he argues has been pending for over one year.  *Id.*  The Court will deny the motion.  This Court considered petitioner's motion for reconsideration, and denied the motion on June 30, 2008 (docket #54).

      **IT IS THEREFORE ORDERED** that petitioner's motion or request for submission (docket #56) is **DENIED**.

Dated this 24th day of September, 2009.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE